D. B. Wilder, Appellant, v. Emma F. Alderman et al., Appellees.

Appeal from a decree of the Circuit Court for DeSoto County.

Rogers & Blanton, and Treadwell & Treadwell, for Appellant.

Leitner & Leitner, for Appellees.

PER CURIAM.—This cause having been submitted to the court upon the transcript of the record and brief of counsel for the respective parties, and the court having fully

considered the same and finding no reversible error, it is considered, ordered and adjudged by the court that the decree of the Circuit Court to which the appeal was taken, be and the same is hereby affirmed at the cost of the appellant.